UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00320-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE PEREZ-AVILES,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, September 4, 2009,** and responses to these motions shall be filed by **Friday, September 18 , 2009.**  It is

FURTHER ORDERED that counsel may request a hearing on all pending motions, if necessary, and final trial preparation conference at a later date.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, October 19 , 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: August 19, 2009

            BY THE COURT:


            <u>s/ Wiley Y. Daniel</u>
            Wiley Y. Daniel
            Chief United States District Judge