UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00320-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE PEREZ-AVILES,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the Sentencing Hearing set for Thursday, February 4, 2010, at 11:00 a.m. is **VACATED** and **RESET** to **Wednesday, March 3, 2010, at 2:00 p.m.**

    Dated: February 1, 2010.